UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff/Respondent, ) <br> ) <br> V. ) <br> ) <br> NORSHAWN MICHAEL DUPLESSIS, ) <br> ) <br> Defendant/Movant. ) | Criminal Action No. 5: 14-045-DCR <br> and <br> Civil Action No. 5: 16-347-DCR <br><br> **JUDGMENT** |

\*\*\* \*\*\* \*\*\* \*\*\*

In accordance with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Judgment is entered in favor of Plaintiff/Respondent United States with respect to all issues raised by Defendant/Movant Norshawn Duplessis in this proceeding under 28 U.S.C. § 2255.

2. The defendant's collateral proceeding is **DISMISSED** and **STRICKEN** from the Court's docket.

3. A Certificate of Appealability shall not issue.

4. This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

Dated: December 10, 2018.



Signed By:
*Danny C. Reeves*
United States District Judge